■ The People of the State of New York, Respondent, v Kevin Reaves, Appellant. [21 NYS3d 632]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 11, 2013 (*People v Reaves*, 112 AD3d 746 [2013]), affirming a judgment of the Supreme Court, Kings County, rendered February 15, 2011.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Balkin, J.P., Leventhal, Sgroi and Cohen, JJ., concur.